IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS HILL,<br><br>        Plaintiff,<br>v.<br><br>KHALED MOHAMMED KHALED<br>a.k.a DJ KHALED, JOSHUA HOWARD<br>LUELLEN a.k.a SOUTHSIDE, JACOB DUTTON<br>a.k.a JAKE ONE, ROB MANDELL a.k.a<br>G KOOP, EPIC RECORDS, SONY MUSIC<br>ENTERTAINMENT, SONY CORPORATION<br>OF AMERICA, and SONY CORPORATION,<br><br>        Defendants. | Civil Action No. 1:17-cv-00497-ELR<br><br><br>STIPULATION |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned as follows:

1. The time for Defendant Sony Music Entertainment to move, answer or otherwise respond to the Complaint in the above-referenced action is hereby further extended through and including May 29, 2017.

2. The undersigned hereby further stipulate and agree that this extension is without prejudice to, and Defendant fully reserves all of its rights to assert any available defenses, including without limitation, defenses based upon personal and subject matter jurisdiction.

Dated: April 26, 2017

CANNON, MIHILL & WINKLES, LLC.

By:_____
    Thomas J. Mihill, Esq.
101 Marietta St NW #3120
Atlanta, GA 30303

*Attorneys for Plaintiff*

MELONI & MCCAFFREY
A Professional Corporation

By:_____
    Robert S. Meloni, Esq.
3 Columbus Circle, 15th Floor
New York, New York 10019
*Attorneys for Defendant Sony Music Entertainment*