### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| CHRIS HILL, | ) |
| | ) |
| Plaintiff, | ) **Civil Action No.** |
| | ) **1:17-cv-00497-ELR** |
| v. | ) |
| | ) |
| KHALED MOHAMMED KHALED a.k.a DJ KHALED, JOSHUA HOWARD LUELLEN a.k.a SOUTHSIDE, JACOB DUTTON a.k.a JAKE ONE, ROB MANDELL a.k.a G KOOP, EPIC RECORDS, SONY MUSIC ENTERTAINMENT, SONY CORP., OF AMERICA, and SONY CORP. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) |
| Defendants. | ) |

The Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), files this Notice of Voluntary Dismissal of its cause of action against all Defendants, without prejudice.

Respectfully submitted, this 16th day of May, 2017.

                                                 s/ Thomas J. Mihill
                                                 Thomas J. Mihill
                                                 Georgia Bar Number: 001363
                                                 CANNON, MIHILL & WINKLES
                                                 1180 Peachtree Street, Suite 3000
                                                 Atlanta, Georgia 30309
                                                 P: (404) 891-6700
                                                 tjmihill@cmw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing STIPULATION by electronic mail and by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

>Robert S. Meloni, Esq.
>3 Columbus Circle, 15th Floor
>New York, New York 10019

This 16th day of May, 2017.

>s/ Thomas J. Mihill
>Thomas J. Mihill